FEDERAL REFRIGERATOR MANUFACTURING COMPANY, Respondent, vs. CROWLEY, City Clerk, Appellant.

*April 14—May 11, 1948.*

*Richard S. Hippenmeyer* of Waukesha, for the appellant.

For the respondent there was a brief by *Lowry & Hunter* of Waukesha, and oral argument by *Richard N. Hunter*.

BARLOW, J.    The members of the court are equally divided upon this appeal, Mr. Justice FAIRCHILD, Mr. Justice WICKHEM, and Mr. Justice HUGHES being of the opinion the judgment should be reversed, and Mr. Chief Justice ROSENBERRY, Mr. Justice FRITZ, and the writer being of the opinion the judgment should be affirmed.    Under the rule the judgment appealed from is affirmed.

*By the Court.*—Judgment affirmed.